### R. R. ROLLINS v. STATE.

No. A-8941. Nov. 8, 1935.
Rehearing Denied Jan. 31, 1936.
(54 Pac. [2d] 224.)

Smith & Harbison, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

DAVENPORT, P. J. The plaintiff in error, hereinafter referred to as the defendant, was by information jointly charged with Morris Massey, with the crime of obtaining property under false pretense; convicted and sentenced to imprisonment in the state penitentiary for three years, and fined $1,500.

Morris Massey was jointly charged with this defendant, and whose case in this court was No. A-8708, 58 Okla. Cr. 76, 49 Pac. (2d) 812, involved the same charge. The same facts are presented in this case as were presented in No. A-8708, therefore it is not deemed necessary to set out in this opinion the evidence.

There are no fundamental or prejudicial errors in the record. Following the holding in No. A-8708, we hold that the evidence is sufficient to sustain a conviction. After considering the facts and circumstances, and the statement in the brief of the Attorney General, we hold that the sentence of three years in the state penitentiary and a fine of $1,500 is excessive, and should be modified to three years in the state penitentiary, and, as modified, the judgment is affirmed.

EDWARDS and DOYLE, JJ., concur.